## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>D'JUAN BEVERLY,<br>Defendant. | **8:22CR66**<br><br><br>**WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

    (1)    The defendant affirms receiving a copy of the indictment;

    (2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

    (3)    The defendant pleads not guilty to all counts of the indictment.

| | |
|---|---|
| D'Juan Beverly | 3/30/2022 |
| Defendant | Date |
| Joe Howard | 3/30/2022 |
| Attorney for Defendant | Date |

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __30th__ day of _____March_____, 2022.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT